CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
Phone: (907)  274-5100  Fax: (907) 274-5111
Email: cgraves@farleygraves.com

Attorneys for Defendant USAA General Indemnity Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH HICKEY,<br><br>             Plaintiff,<br><br>      v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>             Defendant. | Case No: 3:21-cv-00112-JWS |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, USAA General Indemnity Company [USAA GIC], the party in the above matter, gives notice that Case No. 3PA-21-01312 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Palmer, where said case was originally filed and is currently pending.  USAA GIC states:

1.Removing party, USAA General Indemnity Company, is the defendant in the above-captioned action;

NOTICE OF REMOVAL
HICKEY V USAA
CASE NO:

Page 1 of 3

/JT
32893

Case 3:21-cv-00112-JWS   Document 1   Filed 05/07/21   Page 1 of 3

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

2. On March 30, 2021, the above-entitled action was commenced against USAA GIC in the Superior Court for the State of Alaska, Third Judicial District at Palmer and is presently pending in that court;

3. USAA GIC was served with a summons and complaint on April 8, 2021;

4. This Notice is filed within thirty (30) days of the date of the original service on defendant;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. USAA GIC is, and was at all times pertinent to this action, a Texas corporation. Thus, complete diversity exists between Plaintiff and Defendant;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders served upon defendant USAA GIC is filed herewith in the Notice of Lodging State Court Documents.

DATED this 7th day of May 2021 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: /s/Cheryl L. Graves/
CHERYL L. GRAVES
Alaska Bar No.: 9711062
Attorneys for Defendant USAA General Indemnity Company

NOTICE OF REMOVAL
HICKEY V USAA
CASE NO:

Page 2 of 3

/JT
32893

Case 3:21-cv-00112-JWS   Document 1   Filed 05/07/21   Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this  7th  day of  May  2021 a true and correct copy of the foregoing was served electronically on the following person(s):

**Gregory S. Parvin Esq.**
Law Office of Gregory S. Parvin
290 N. Willow Street
Wasilla, AK  99654
Fax: (907) 376-2828
Email: gparvin@gparvinlaw.com
gcuret@gparvinlaw.com

By:  /s/ Cheryl L. Graves/

NOTICE OF REMOVAL
HICKEY V USAA
CASE NO:

Page 3 of 3

/JT
32893

Case 3:21-cv-00112-JWS   Document 1   Filed 05/07/21   Page 3 of 3