Law Office of Gregory S. Parvin
290 N. Willow Street • Wasilla, AK 99654
P: (907) 376-2800 • F: (907) 376-2828
Gregory S. Parvin: gparvin@gparvinlaw.com
Ginger Curet, Paralegal: gcuret@gparvinlaw.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| ELIZABETH HICKEY, ) | |
| ) | |
| Plaintiff(s), ) | |
| vs. ) | |
| ) | |
| USAA GENERAL INDEMNITY ) | Case No. 3PA-21- 01312 CI |
| COMPANY, ) | |
| ) | |
| Defendant(s) ) | |

## COMPLAINT

Plaintiff Elizabeth Hickey, by and through her attorney, The Law Office of Gregory S. Parvin, and for her Complaint, hereby states and alleges as follows:

### THE PARTIES, JURISDICTION, & VENUE

1. Plaintiff Elizabeth Hickey is and was at all times relevant hereto, a resident of Wasilla, Alaska within Alaska's Third Judicial District.

2. Defendant USAA General Indemnity Company (USAA) is an insurance company licensed and authorized to do business in Alaska, including selling automobile insurance policies to Alaska residence covering losses in Alaska.

3. This Court has jurisdiction pursuant to AS 22.10.020.

4. Venue is proper because Plaintiff's cause of action accrued due to acts and omissions occurring within the Third Judicial District in Alaska.

COMPLAINT
HICKEY V. USAA
CASE NO. 3PA-21- 01312 CI
Page 1 of 5

Case 3:21-cv-00112-JWS   Document 1-1   Filed 05/07/21   Page 1 of 5

Exhibit A
Page 1 of 5

## GENERAL ALLEGATIONS

5. Elizabeth and her husband, Paul Hickey, purchased automobile insurance coverage from USAA; Elizabeth was included amount the named insureds. The USAA policy included medical payments coverage as well as other insurance benefits.

6. In the policy USAA sold to the Hickeys, USAA contracted to pay medically necessary and appropriate expenses and services resulting from an insured sustaining bodily injury in an auto accident.

7. On January 4, 2018, Elizabeth Hickey sustained serious bodily injuries in an automobile accident caused by no fault of her own.

8. The Hickey's auto insurance policy with USAA was in full force and effect at the time of the January 4, 2018 auto accident.

9. In response to Elizabeth Hickey's demand for Med Pay benefits under her policy, USAA has refused to pay without a reasonable basis and in breach of contract and the covenant of good faith and fair dealing.

## FIRST CAUSE OF ACTION
(Breach of Contract)

10. Plaintiff incorporates by reference the allegations in paragraphs 1-9 of her Complaint.

11. Plaintiff is a named insured under the policy of automobile insurance USAA sold to the Hickeys in effect on January 4, 2018. This insurance contract obligated USAA to pay all medically necessary and appropriate medical services arising from bodily injuries Elizabeth Hickey sustained in the January 4, 2018 accident.

COMPLAINT

*HICKEY V. USAA*
CASE NO. 3PA-21- 01312 CI
Page 2 of 5

Case 3:21-cv-00112-JWS   Document 1-1   Filed 05/07/21   Page 2 of 5

Exhibit A
Page 2 of 5

12. Plaintiff Elizabeth Hickey sustained significant bodily injuries through no fault of her own in the January 4, 2018 auto accident while occupying a vehicle, thus triggering the medical benefits coverage under USAA's automobile policy.

13. Plaintiff complied with all conditions for medical payments coverage under her USAA auto policy.

14. Defendant has denied or otherwise failed to timely adjust all the medical benefits payments Plaintiff is owed under her USAA auto policy.

15. Defendant's failure to tender all the coverage to which Plaintiff is entitled under her USAA policy arising from the bodily injuries and damages she sustained in the January 4, 2018 auto accident constitutes Defendant's breach of contract.

16. Plaintiff was damages by USAA's breach of contract, entitling her to all damages allowable by law, including but not limited to her full medical payments benefit, plus all applicable add-ons allowed by Alaska law.

## SECOND CAUSE OF ACTION
### (Breach of the Covenant of Good Faith and Fair Dealing)

17. Plaintiff incorporates by reference the allegations in paragraphs 1-16 of her Complaint.

18. USAA owed a duty of good faith and fair dealing to its named insured, Elizabeth Hickey, arising from the insurance contract and implied at law due to the "special relationship" between the insurer and its first-party insured.

19. USAA breached its duties to Plaintiff, including but not limited to the following reasons:

    a. USAA failed to timely or properly investigate or evaluate Plaintiff's medical payments claim;

COMPLAINT
*HICKEY V. USAA*
CASE NO. 3PA-21-_01312_ CI
Page 3 of 5

Case 3:21-cv-00112-JWS   Document 1-1   Filed 05/07/21   Page 3 of 5

Exhibit A
Page 3 of 5

  b. USAA failed to give at least equal treatment to Ms. Hickey's interests as it did its own interests;

  c. USAA has denied or delayed paying all that is owed to Ms. Hickey under her first-party auto insurance coverage without a reasonable basis.

20. Plaintiff has been damaged by USAA's breach of its duties as to her entitling her to all tort damages the law allows, in an amount to be decided by an Alaska jury.

21. USAA has acted without regard to Ms. Hickey's interests.

22. Plaintiff claims all available damages from USAA that are legally caused by its failure to fairly and timely adjust the claim, breach of the covenant of good faith and fair dealing, and disregard of Ms. Hickey's interests, including but not limited to damages for emotional distress and financial losses due to the financial pressures USAA tactics imposed on her, and punitive damages in an amount to be decided by an Alaska jury.

)
)
)
)
)
)
)
)
)
)
)

COMPLAINT

*HICKEY V. USAA*
CASE NO. 3PA-21-_01312_ CI
Page 4 of 5

WHEREFORE, Plaintiff prays for the following relief:

1. Judgment in favor of Plaintiff and against Defendant USAA for compensatory damages;
2. An award of punitive damages against Defendant USAA;
3. An award of prejudgment interest, attorneys' fees and costs to the maximum extent allowed by law;
4. Such further and other relief as the Court may deem just and equitable; and
5. A jury is demanded as to all issues so triable.

DATED at Wasilla, Alaska, this 29 day of March, 2021.

THE LAW OFFICE OF GREGORY S. PARVIN

*Gregory S. Parvin • ABA No. 9809044*

COMPLAINT

*HICKEY V. USAA*
CASE NO. 3PA-21-01312 CI
Page 5 of 5

Case 3:21-cv-00112-JWS   Document 1-1   Filed 05/07/21   Page 5 of 5

Exhibit A
Page 5 of 5